```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

**GILBERT KESLING,**

       **Plaintiff,**

v.                                                Civil Action No. 2:09-588

**COUNTRYWIDE HOME LOANS, INC.**
**and BANK OF AMERICA, NA,**

       **Defendants.**

## JUDGMENT ORDER

In accordance with the memorandum opinion and order entered this same day in the above-styled civil action, it is ORDERED and ADJUDGED that the plaintiff, Gilbert Kesling, take nothing against the defendants, Countrywide Home Loans, Inc. and Bank of America, NA, in this action and that judgment be, and it hereby is, entered in favor of defendants.  It is further ORDERED that this action be, and it hereby is, dismissed with prejudice and stricken from the docket.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and to the plaintiff, by certified mail return receipt requested, at 535 Elk River Road, Gassaway, West Virginia 26624.

                                              DATED: May 17, 2011

                                              John T. Copenhaver, Jr.
                                              United States District Judge